UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LAWSON, MATTHEW J | § | Case No. 12-80317 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/24/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 06/10/2013           By: /s/MEGAN G. HEEG
                                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LAWSON, MATTHEW J | § | Case No. 12-80317 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 34.10 |
| *leaving a balance on hand of* [1] | $ 7,965.90 |
| **Balance on hand:** | $ 7,965.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Kankakee Federation of Teachers | 15,700.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,965.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,550.00 | 0.00 | 1,550.00 |
| Trustee, Expenses - MEGAN G. HEEG | 38.79 | 0.00 | 38.79 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 399.25 | 0.00 | 399.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,988.04 |
| Remaining balance: | $ 2,977.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:  $      0.00
    Remaining balance:  $      2,977.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:  $      0.00
    Remaining balance:  $      2,977.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,016.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Student Assistance Commission | 30,411.00 | 0.00 | 2,514.39 |
| 2 | M.C.O.A. | 395.31 | 0.00 | 32.68 |
| 3 | Portfolio Recovery Associates, LLC | 941.62 | 0.00 | 77.85 |
| 4U | Kankakee Federation of Teachers Credit Union | 4,268.73 | 0.00 | 352.94 |

    Total to be paid for timely general unsecured claims:  $      2,977.86
    Remaining balance:  $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,099.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | Kankakee Federation of Teachers Credit Union | 2,099.72 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-80317-TML
Matthew J Lawson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: cshabez              Page 1 of 3               Date Rcvd: Jun 24, 2013
                             Form ID: pdf006            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2013.
```
db           +Matthew J Lawson,    739 Harriet Avenue,    Dixon, IL 61021-9619
18422920      ACS,    600 Beacon Pkwy W Ste 300,    Birmingham, AL 35209-3114
18422919      Ac Jaacks Cu,    755 Pulaski Rd,    Calumet City, IL 60409-4030
18422921      Amsure Collection,    600 Beacon Pkwy W Ste 300,    Birmingham, AL 35209-3114
18422922      Arnold Scott Harris, P.C.,    PO Box 5625,    Chicago, IL 60680-5625
18422924      Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
18422925      Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
18422926      Ffcc-columbus Inc,    1550 Old Henderson Rd,    Columbus, OH 43220-3626
18422928      Jakubs, Wigoda, LLP's,    29 S Lasalle St Ste 620,    Chicago, IL 60603-1539
18422929      Kankake Ftcu,    1200 W. Jeffery St,    Kankakee, IL 60901-4667
20346107     +Kankakee Federation of Teachers,    Larry Serene,    One Dearborn Square, Suite 429,
               Kankakee, IL 60901-3925
18422918     +Law Office of Elwin L Neal,    105 W 3rd St,    Sterling, IL 61081-3504
18422917     +Lawson Matthew J,    739 Harriet Avenue,    Dixon, IL 61021-9619
18422937      M.C.O.A.,    C&T Lawn Care,    Municipal Collections of America, Inc,    3348 Ridge Rd,
               Lansing, IL 60438-3112
18422935      Ncofin/980,    600 Holiday Plaza Dr,    Matteson, IL 60443-2241
18495968      Ortthopedic Associate,    353 E Burlington St Ste 100,    Riverside, IL 60546-2082
20017435    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
18422936      Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18422939     +Tony Mitchell,    307 W 5th St,    Sterling, IL 61081-3416
18422940      Walinski & Associates,    221 N Lasalle St Ste 1000,    Chicago, IL 60601-1320
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18422923      E-mail/Text: don@creditbureauusa.net Jun 25 2013 03:15:05     Cb Usa Inc,    5252 Hohman Ave,
               Hammond, IN 46320-1723
18422927     +E-mail/Text: bkynotice@harvardcollect.com Jun 25 2013 02:38:58      Harard Collections,
               4839 N Elston Ave,    Chicago, IL 60630-2589
18797504     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jun 25 2013 02:55:38
               Illinois Student Assistance Commission,    1755 Lake Cook Rd,    Deerfield IL 60015-5209
18422933      E-mail/Text: bankruptcydepartment@ncogroup.com Jun 25 2013 03:11:33      Nco Fin/55,
               PO Box 13570,    Philadelphia, PA 19101
18422932      E-mail/Text: BK@nationalcreditsolutions.net Jun 25 2013 02:56:42      National Credit Soluti,
               PO Box 15779,    Oklahoma City, OK 73155-5779
18422934     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 25 2013 03:11:33      Nco Financial Systems,,
               600 Holiday Plaza Dr,    Matteson, IL 60443-2238
18422938      E-mail/PDF: pa_dc_claims@salliemae.com Jun 25 2013 03:22:12     Sallie Mae,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18495965      IL State Toll Hwy Author
18422930*    +Kankake Ftcu,    1200 W Jeffery St,    Kankakee, IL 60901-4667
18422931*     Kankake Ftcu,    1200 W Jeffery St,    Kankakee, IL 60901-4667
                                                                                   TOTALS: 1, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez              Page 2 of 3               Date Rcvd: Jun 24, 2013
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Jun 24, 2013
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2013 at the address(es) listed below:
          Carole J. Ryczek   on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          Carole J. Ryczek   on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
          Elwin L Neal   on behalf of Debtor Matthew J Lawson elwinneal@comcast.net
          Megan G Heeg   on behalf of Plaintiff Trustee Megan G  Heeg heeg@egblc.com
          Megan G Heeg   heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg   on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          TOTAL: 7

Case 12-80317    Doc 57    Filed 06/24/13    Entered 06/26/13 23:38:03    Desc Imaged
Certificate of Notice    Page 8 of 8