**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: LAWSON, MATTHEW J § Case No. 12-80317
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,150.00    Assets Exempt: $4,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,977.86    Claims Discharged
                                              Without Payment: $232,112.36

Total Expenses of Administration: $5,022.14

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,303.00 | $15,700.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,022.14 | 5,022.14 | 5,022.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 200,746.84 | 44,484.83 | 38,116.38 | 2,977.86 |
| **TOTAL DISBURSEMENTS** | $210,049.84 | $65,206.97 | $43,138.52 | $8,000.00 |

    4) This case was originally filed under Chapter 7 on January 31, 2012. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/24/2013    By: /s/MEGAN G. HEEG
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1241-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Kankakee Federation of Teachers | 4110-000 | 9,303.00 | 15,700.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,303.00** | **$15,700.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 38.79 | 38.79 | 38.79 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 399.25 | 399.25 | 399.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 12.25 | 12.25 | 12.25 |
| Rabobank, N.A. | 2600-000 | | N/A | 11.85 | 11.85 | 11.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $5,022.14 | $5,022.14 | $5,022.14 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Student Assistance Commission | 7100-000 | N/A | 30,411.00 | 30,411.00 | 2,514.39 |
| 2 | M.C.O.A. | 7100-000 | 589.00 | 395.31 | 395.31 | 32.68 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 942.00 | 941.62 | 941.62 | 77.85 |
| 4U | Kankakee Federation of Teachers Credit Union | 7100-000 | 2,242.00 | 6,368.45 | 4,268.73 | 352.94 |
| 4U | Kankakee Federation of Teachers Credit Union | 7200-000 | N/A | 6,368.45 | 2,099.72 | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 3,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 4,731.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 4,731.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 1,983.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 3,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 1,983.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 2,342.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois State Toll Hwy Author | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/55 | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Soluti | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 1,908.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/55 | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois State Toll Hwy Author | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 2,342.00 | N/A | N/A | 0.00 |
| NOTFILED | Rmi/mcsi | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Tony Mitchell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 30,074.00 | N/A | N/A | 0.00 |
| NOTFILED | Walinski & Associates | 7100-000 | 13,377.36 | N/A | N/A | 0.00 |
| NOTFILED | Tony Mitchell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 30,074.00 | N/A | N/A | 0.00 |
| NOTFILED | Walinski & Associates | 7100-000 | 13,377.36 | N/A | N/A | 0.00 |
| NOTFILED | Rmi/mcsi | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Rmi/mcsi | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recvry And Affil | 7100-000 | 942.00 | N/A | N/A | 0.00 |
| NOTFILED | Ortthopedic Associate | 7100-000 | 432.30 | N/A | N/A | 0.00 |
| NOTFILED | Rmi/mcsi | 7100-000 | 589.00 | N/A | N/A | 0.00 |
| NOTFILED | National Credit Soluti | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncofin/980 | 7100-000 | 1,908.00 | N/A | N/A | 0.00 |
| NOTFILED | Rmi/mcsi | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Jakubs, Wigoda, LLP's | 7100-000 | 5,014.00 | N/A | N/A | 0.00 |
| NOTFILED | Kankake Ftcu | 7100-000 | 1,932.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS | 7100-000 | 768.83 | N/A | N/A | 0.00 |
| NOTFILED | ACS | 7100-000 | 768.83 | N/A | N/A | 0.00 |
| NOTFILED | Amsure Collection | 7100-000 | 768.83 | N/A | N/A | 0.00 |
| NOTFILED | Amsure Collection | 7100-000 | 768.83 | N/A | N/A | 0.00 |
| NOTFILED | Ac Jaacks Cu | 7100-000 | 11,357.15 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Scott Harris, P.C. | 7100-000 | 10,992.10 | N/A | N/A | 0.00 |
| NOTFILED | Ac Jaacks Cu | 7100-000 | 11,357.15 | N/A | N/A | 0.00 |
| NOTFILED | Ac Jaacks Cu | 7100-000 | 5,277.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Scott Harris, P.C. | 7100-000 | 10,992.10 | N/A | N/A | 0.00 |
| NOTFILED | Ac Jaacks Cu | 7100-000 | 5,277.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cb Usa Inc | 7100-000 | 1,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Kankake Ftcu | 7100-000 | 1,932.00 | N/A | N/A | 0.00 |
| NOTFILED | Harard Collections | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-columbus Inc | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Harard Collections | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-columbus Inc | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Jakubs, Wigoda, LLP's | 7100-000 | 5,014.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-columbus Inc | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract Callers Inc | 7100-000 | 1,136.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract Callers Inc | 7100-000 | 1,136.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Lp | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Cb Usa Inc | 7100-000 | 1,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-columbus Inc | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Lp | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $200,746.84 | $44,484.83 | $38,116.38 | $2,977.86 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80317  
**Case Name:** LAWSON, MATTHEW J  

**Period Ending:** 10/24/13  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/31/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 05/08/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking account at Charter One Bank, located in<br>Orig. Asset Memo: Orig. Description: Checking account at Charter One Bank, located in Park Forest, Illinois in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Misc household goods and furniture including cou<br>Orig. Asset Memo: Orig. Description: Misc household goods and furniture including couch, loveseat, television, reefrigerator, microwave, bed, computer, etc. | 750.00 | 0.00 | | 0.00 | FA |
| 3 | Necessary wearing apparel<br>Orig. Asset Memo: Orig. Description: Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2006 Altima<br>Orig. Asset Memo: Orig. Description: 2006 Altima | 9,000.00 | 0.00 | | 0.00 | FA |
| 5 | Anticipated income tax return for 2011<br>Orig. Asset Memo: Orig. Description: Anticipated income tax return for 2011 (2011 was $2,894 - 285) | 2,700.00 | 0.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES (u)<br>2006 Hummer H3 - titled in debtor's name but Debtor says used by girlfriend. | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES (u)<br>2011 Hyundai Sonata actually titled in name of Debtor's mother (Catherine M. Lawson) but debtor says used by him and subject to pmsi with KFTCU. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | BANK ACCOUNTS (u)<br>Joint bank account with girlfirend. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | REAL ESTATE - unscheduled (u)<br>5768 Timberlane Rd. In girlfirend's name but Debtor says only to avoid rech of ex-wife, and the home is actual girlfirends and his. | 0.00 | 0.00 | | 0.00 | FA |
| 9 Assets Totals (Excluding unknown values) | **$13,150.00** | **$8,000.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80317  
**Case Name:** LAWSON, MATTHEW J

**Period Ending:** 10/24/13

**Trustee:** (330490)　MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/31/12 (f)  
**§341(a) Meeting Date:** 03/16/12  
**Claims Bar Date:** 05/08/13

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2013　　　**Current Projected Date Of Final Report (TFR):**　　June 10, 2013　(Actual)

Printed: 10/24/2013 01:28 PM　　V.13.13

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-80317  
**Case Name:** LAWSON, MATTHEW J  

**Taxpayer ID #:** **-***8748  
**Period Ending:** 10/24/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****002866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/13 | {6} | Kankakee Federation of Teachers Credit Union | compromise on the 2006 Hummer | 1241-000 | 8,000.00 | | 8,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,990.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.25 | 7,977.75 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.85 | 7,965.90 |
| 08/08/13 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,000.00 | 4,965.90 |
| 08/08/13 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $399.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 399.25 | 4,566.65 |
| 08/08/13 | 103 | Illinois Student Assistance Commission | Dividend paid 8.26% on $30,411.00; Claim# 1; Filed: $30,411.00; Reference: | 7100-000 | | 2,514.39 | 2,052.26 |
| 08/08/13 | 104 | M.C.O.A. | Dividend paid 8.26% on $395.31; Claim# 2; Filed: $395.31; Reference: 1272142 | 7100-000 | | 32.68 | 2,019.58 |
| 08/08/13 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 8.26% on $941.62; Claim# 3; Filed: $941.62; Reference: 5127-3400-4504-1818 | 7100-000 | | 77.85 | 1,941.73 |
| 08/08/13 | 106 | Kankakee Federation of Teachers Credit Union | Dividend paid 8.26% on $4,268.73; Claim# 4U; Filed: $6,368.45; Reference: 251335630000001965 | 7100-000 | | 352.94 | 1,588.79 |
| 08/08/13 | 107 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,588.79 | 0.00 |
| | | | Dividend paid 100.00%    1,550.00 on $1,550.00; Claim# ; Filed: $1,550.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    38.79 on $38.79; Claim# ; Filed: $38.79 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 8,000.00 | 8,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,000.00** | **$8,000.00** | |

{} Asset reference(s)                                                                                                   Printed: 10/24/2013 01:28 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-80317  
**Case Name:** LAWSON, MATTHEW J  

**Taxpayer ID #:** **-***8748  
**Period Ending:** 10/24/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****002866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # ****002866** | | 8,000.00 | 8,000.00 | 0.00 |
| | | | | | $8,000.00 | $8,000.00 | $0.00 |